# EXHIBIT 1

Paragraph 24 – Copies of Certificates of Registration

...

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

12534

**Form VA** — For a Work of the Visual Arts

REGI  VA 1-362-414



EFFECTIVE DATE OF REGISTRATION

6 / 9 / 06
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼: Dog in Hot Air Balloon Chair #02349

NATURE OF THIS WORK ▼ See instructions: Greeting Card

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

a  NAME OF AUTHOR ▼: Avanti Press Inc

DATES OF BIRTH AND DEATH
Year Born ▼ NA   Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile — Name of Country
OR  Citizen of: NA
    Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death  Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile — Name of Country
OR  Citizen of
    Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year In Which Creation of This Work Was Completed: 2006
This information must be given Year in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 05   Day 01   Year 06   Nation USA

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Avanti Press Inc.
6 West 18th St. 6th Flr
NY NY 10011

APPLICATION RECEIVED  JUN 0 8 2006
ONE DEPOSIT RECEIVED  JUN 0 8 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | STI |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE Yes

**FORM VA**

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Photos of dog. Photo of Balloons and chair. Photo of hot air balloons in air.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Digital manipulation, graphic design.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
Avanti Press Inc    DA 091030

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Erika Windsor / Avanti Press Inc
6 West 18th St. 6th Flr.
NY, NY 10011

Area code and daytime telephone number (212) 414-1025 ex25    Fax number (212) 414-1055
Email erikawindsor@avantipress.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Avanti Press Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Erika Windsor for Avanti Press Inc.    Date 06/02/06

Handwritten signature (X) ▼
X _____

**9 Certificate will be mailed in window envelope to this address:**

Name ▼
Erika Windsor / Avanti Press Inc

Number/Street/Apt ▼
6 West 18th St 6th Flr

City/State/ZIP ▼
NY, NY 10011

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000 Web Rev. June 2002 ♻ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

Registration Number
VA 1-858-302

Effective date of registration:
April 13, 2009

## Title

**Title of Work:** Girl Riding Bike w/Dollhouse in Basket #02555
**Previous or Alternative Title:** Girl Riding Bike w/Dollhouse in Basket of Bike#02555

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 1, 2008

## Author

- **Author:** Scott Dingman, dba Scott Dingman Photography
  **Author Created:** Photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No            **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.
155 W. Congress, Suite 200, Detroit, MI 48226
**Transfer Statement:** Copyright is result of transfer contract.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lori Delisi, Art Buyer and, authorized agent of Avanti Press, Inc.
**Date:** April 20, 2009

**Correspondence:** Yes

12889

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–412–904

EFFECTIVE DATE OF REGISTRATION

MAY 3 1 2007

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
Cat with Lampshade #02417

NATURE OF THIS WORK ▼ See instructions
Greeting Card

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Avanti Press Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
NA    NA

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___USA___
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
2007
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 05    Day 15    Year 07
USA    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Avanti Press Inc.
6 West 18th St. 6th Flr
NY, NY 10011

APPLICATION RECEIVED
MAY 3 1 2007
ONE DEPOSIT RECEIVED
MAY 3 1 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Photo of cat. Photo of lampshade. Photo of party elements.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Graphic Design. Collage of preexisting photographs and some new artwork.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼
Avanti Press Inc                                        DA 091030

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Erika Windsor / Avanti Press Inc
6 West 18th St. 6th Flr
NY, NY 10011

Area code and daytime telephone number  (212) 414-1025 ex25        Fax number  (212) 414-1055
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Avanti Press Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Erika Windsor for Avanti Press Inc.                     Date 05/25/07

Handwritten signature (X) ▼
X

**9 Certificate will be mailed in window envelope to this address:**
Name ▼ Erika Windsor / Avanti Press Inc
Number/Street/Apt ▼ 6 West 18th St 6th Flr
City/State/ZIP ▼ New York, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                  U.S. Government Printing Office: 2004-520-958/60,125

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

14145

**Registration Number:**
VA 1-682-518

**Effective date of registration:**
June 24, 2009

## Title
- **Title of Work:** Bulldog on Broom #15760
- **Previous or Alternative Title:** Heavy Bulldog on Bent Witch Broom #15760
- **Nature of Work:** Greeting Card

## Completion/ Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** March 1, 2009         **Nation of 1st Publication:** United States

## Author
- **Author:** Avanti Press, Inc.
- **Author Created:** 2-Dimensional artwork, Photograph
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No         **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Avanti Press, Inc.
  155 W. Congress, Suite 200, Detroit, MI 48226

## Limitation of copyright claim
- **Material excluded from this claim:** Photo of bulldog; and photo of moon for background.
- **Previously registered:** No
- **New material included in claim:** We took photos of a witch's broom and hat and combined them with the preexisting material, which was then manipulated. Graphic design and text were added to create the finished greeting card.

## Certification

**Name:** Lori Delisi
**Date:** June 19, 2009

---

**Copyright Office notes:** Regarding author information: text is title or short phrase/slogan, which is not copyrightable. 37 CFR 202.1

Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPY

VA 1-276-901

REGISTRATION
MAR 16 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**Title of This Work ▼**: Cannonball in Pool #01634

**NATURE OF THIS WORK ▼ See instructions**: Greeting Card

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a**   **NAME OF AUTHOR ▼**: Avanti Press Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼: N/A    Year Died ▼: N/A

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   **Name of Author ▼**: Not Applicable

**Dates of Birth and Death** Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**: 1999

**b** **Date and Nation of First Publication of This Particular Work**: Month 07 Day 15 Year 99  Nation USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Avanti Press Inc
6 West 18th Street 6th Floor
New York NY 10011

APPLICATION RECEIVED MAR 16 2004
ONE DEPOSIT RECEIVED MAR 16 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

Page 1 of ___ pages

| EXAMINED BY | JLS | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is Yes why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼      Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
1) Photo of man in cannonball pose
2) Photo of pool

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Digital manipulation of ~~artwork~~ listed in section 6a to create a new composite image
Photographs

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼  Avanti Press Inc        Account Number ▼  DA 091030

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Avanti Press Inc
6 West 18th Street  6th Floor
New York NY 10011

Area code and daytime telephone number  (212) 414-1025 ext 25         Fax number  (212) 14 1055
Email  erikawindsor@avantipress.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Avanti Press Inc by Erika Windsor            Date  2/20/04

Handwritten signature (X)
X _____

**9 Certificate will be mailed in window envelope to this address**

Name ▼  Avanti Press Inc
Number/Street/Apt ▼  6 West 18th Street  6th Floor
City/State/ZIP ▼  NewYork NY 10011

**YOU MUST** Complete all necessary spaces Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO** Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper         U S Government Printing Office 2003-496-605/60 029

# Certificate of Registration

11864



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
VA 1-351-492

EFFECTIVE DATE OF REGISTRATION
**NOV 07 2005**
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
French Bulldog w/Watermelon #02259

NATURE OF THIS WORK ▼ See instructions
Greeting Card

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Dennis Mosner

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
NA              NA

Was this contribution to the work a "work made for hire"?
* ☐ Yes
* ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼
NA

Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 11  Day 01  Year 05
USA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Avanti Press Inc
6 West 18th St. 6th Flr
NY, NY 10011

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
**NOV 07 2005**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Copyright transfer contract.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Corrected by C.O. by authority of phone conversation on April 27, 2006 with Ms. Krika Windsor

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

NA

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NA

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
Avanti Press Inc.    DA 091030

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Erika Windsor / Avanti Press Inc
6 West 18th St 6th Flr
NY, NY 10011

Area code and daytime telephone number ( 212 ) 414-1025 ex25    Fax number ( 212 ) 414-1055
Email   erikawindsor@avantipress.com

**8 CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Avanti Press Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Erika Windsor for Avanti Press Inc.    Date 11/4/05

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Erika Windsor / Avanti Press Inc.
Number/Street/Apt ▼ 6 West 18th St 6th Flr
City/State/ZIP ▼ NY, NY 10011

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ⓔ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

13806

**Registration Number**
VA 1-841-702

**Effective date of registration:**
April 20, 2009

### Title

- **Title of Work:** Frenchie in Yachting Outfit #18234
- **Previous or Alternative Title:** Frenchie in Yachting Getup #18234
- **Nature of Work:** Greeting Card

### Completion/Publication

- **Year of Completion:** 2008
- **Date of 1st Publication:** September 1, 2008
- **Nation of 1st Publication:** United States

### Author

- **Author:** Avanti Press, Inc.
- **Author Created:** 2-Dimensional artwork, Photograph
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

### Copyright claimant

- **Copyright Claimant:** Avanti Press, Inc.
  155 W. Congress Street, Suite 200, Detroit, MI, 48226

### Limitation of copyright claim

- **Material excluded from this claim:** Photo of French Bulldog sans jacket & tie; Photo of Raft with oars in water.
- **Previously registered:** No
- **New material included in claim:** Photograph of champagne bottle in ice bucket w/ice and linen cloth; Photograph of bouquet of red roses, digitally combined with preexisting material, new material and 2D artwork to create photo composition

### Certification

Page 1 of 2



**Name:** Lori Delisi
**Date:** April 17, 2009

**Correspondence:** Yes

Page 2 of 2

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts

**VA 832-977**

EFFECTIVE DATE OF REGISTRATION

AUG 3 1999

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Dog In Football Helmet # 01640

NATURE OF THIS WORK ▼ See instructions
Greeting Card

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2 a** NAME OF AUTHOR ▼
Dennis Mosner

DATES OF BIRTH AND DEATH
Year Born ▼ 1964   Year Died ▼ n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☒ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ◀Year in all cases.
1999

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 7   Day ▶ 15   Year ▶ 99
USA    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Dennis Mosner
890 Lawrenceville Rd.
Princeton, NJ 08540

APPLICATION RECEIVED
AUG 03 1999
ONE DEPOSIT RECEIVED
AUG 03 1999
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY | FORM |
| CHECKED BY *mj* | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Avanti Press, Inc.
6 West 18 Street
12th Floor
New York, NY 10011
Area Code and Telephone Number ▶ 212-414-1025 ext. 25

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
AVANTI PRESS, INC.  BY  JAISI SUROWIEC  Date ▶ 7/20/99

Handwritten signature (X) ▼
*Avanti Press, Inc. by Jaisi Surowiec*

**8**

| MAIL CERTIFICATE TO | Name ▼ Avanti Press, Inc. | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 6 West 18 Street 12th Floor City/State/ZIP ▼ New York, N.Y. 10011 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
July 1993—300,000  ⓔ PRINTED ON RECYCLED PAPER

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-127-220**

**Effective date of registration:**
April 3, 2013

## Title
**Title of Work:** Dog on Exercise Ball

## Completion/Publication
**Year of Completion:** 2007

## Author
- **Author:** Avanti Press, Inc.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Rights and Permissions
- **Organization Name:** Avanti Press, Inc.
- **Name:** Lori A Delisi
- **Email:** loridelisi@avantipress.com       **Telephone:** 313-262-8637
- **Address:** 155 West Congress
  Suite 200
  Detroit, MI 48226

## Certification
- **Name:** Lori Delisi
- **Date:** April 3, 2013

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-127-219**

Effective date of registration:
April 3, 2013

## Title
- **Title of Work:** Dogs on Trampoline

## Completion/Publication
- **Year of Completion:** 2007

## Author
- **Author:** Avanti Press, Inc.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Avanti Press, Inc.
  155 West Congress, Suite 200, Detroit, MI, 48226

## Rights and Permissions
- **Organization Name:** Avanti Press, Inc.
- **Name:** Lori A Delisi
- **Email:** loridelisi@avantipress.com
- **Telephone:** 313-262-8637
- **Address:** 155 West Congress
  Suite 200
  Detroit, MI 48226

## Certification
- **Name:** Lori Delisi
- **Date:** April 3, 2013

Page 1 of 1